**UNITED STATES of America, Appellant, v. TAKARA LABORATORIES, Appellee.**

No. 9047.

Circuit Court of Appeals, Ninth Circuit.

Dec. 19, 1938.

Carl C. Donaugh, U. S. Atty., and M. B. Strayer, Asst. U. S. Atty., both of Portland, Or.

Robert C. Bradshaw, of Portland, Or., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellant, and good cause therefor appearing, ordered appeal in above cause dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**UNITED STATES ex rel. George CATINO, Appellant, v. Wm. P. McDERMITT, United States Marshal for the District of New Jersey, Appellee.***

No. 6706.

Circuit Court of Appeals, Third Circuit.

Jan. 13, 1939.

Max Mehler and F. M. P. Pearse, both of Newark, N. J., for appellant.

Hubert J. Harrington, of Newark, N. J., for appellee.

Before DAVIS, BIGGS, and MARIS, Circuit Judges.

PER CURIAM.

Appeal dismissed for want of jurisdiction upon the authority of Hartmann v. Sloan, 3 Cir., 99 F.2d 942.

**UNITED STATES ex rel. GONG SIK WING, Brother and Next Friend of Gong Sik Ho, Relator-Appellee, v. Rudolph REIMER, Commissioner of Immigration, Chinese Inspector in Charge of the Port of New York, Respondent-Appellant.**

No. 140.

Circuit Court of Appeals, Second Circuit.

Dec. 7, 1938.

Lamar Hardy, U. S. Atty., of New York City (John W. Knox, Asst. U. S. Atty., of New York City, of counsel), for appellant.

M. Michael Edelstein, of New York City, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.